UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

08 CR 10.314 EFH

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | VIOLATIONS: |
| ) | 18 U.S.C. §2113(d) |
| ROY SASTROM ) | ARMED BANK ROBBERY |
| ) | |
| ) | 18 U.S.C. §922(g) |
| ) | FELON IN POSSESSION OF |
| ) | AMMUNITION |

## INDICTMENT

**COUNT ONE:**   18 U.S.C. §2113(d) - Armed Bank Robbery

The Grand Jury charges that:

On or about June 3, 2008, at Chelmsford, and elsewhere in the District of Massachusetts,

**ROY SASTROM**

defendant herein, by force and violence and by intimidation, did attempt to take from the person and presence of another $675 in United States currency, money which belonged to and was in the care, custody, control, management and possession of the Sovereign Bank branch located at 5 Billerica Road, Chelmsford, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing the aforesaid offense,

**ROY SASTROM**

did attempt to assault and put in jeopardy the lives of other persons by the use of a dangerous weapon, namely, a CO2 pellet handgun.

All in violation of Title 18, United States Code, Section 2113(d).

COUNT TWO:    18 U.S.C. §922(g) - Felon in Possession of
              Ammunition

The Grand Jury further charges that:

On or about June 3, 2008, at Chelmsford, and elsewhere in the District of Massachusetts, and elsewhere,

**ROY SASTROM**

defendant herein did knowingly possess in and affecting commerce, ammunition, including, 1 .375 magnum round of ammunition, 4 assorted rounds of .40 caliber ammunition, 20 rounds of 30-06 rifle ammunition, and 77 assorted rounds of 12 gauge shotgun shells, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
LEAH B. FOLEY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; 10/22, 2008 @ 12:10 pm

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK