# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Chelmsford  **Related Case Information:**

08 CR 10.3.1 4 EFH

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Roy Sastrom  **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 70 Holmes Drive, Middleton, CT

**Birth date (Year only):** 1963  **SSN (last 4 #):** 3533  **Sex** M  **Race:** White  **Nationality:** USA

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Leah B. Foley  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Victims:** ☒ Yes ☐ No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

**Arrest Date:** June 3, 2008

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Garner Correct. Inst.  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/22/08  **Signature of AUSA:** _(signed)_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Roy Sastrom

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §2113(d) | Armed Bank Robbery | 1 |
| Set 2  18 U.S.C. §922(g) | Felon in Possession of Ammunition | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**