UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                      )<br>   v.                      )   CASE NO. 1:08-CR-10314-EFH<br>                      )<br>ROY SASTROM           )<br>        Defendant.     ) | |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Roy Sastrom, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

                                            Respectfully submitted,

                                            UNITED STATES OF AMERICA
                                            By its attorneys

                                            NATHANIEL R. MENDELL
                                            Acting United States Attorney

            By:    /s/ Raquelle L. Kaye
                       RAQUELLE L. KAYE
                       Assistant United States Attorney
                       One Courthouse Way, Suite 9200
                       Boston, MA 02210
                       (617) 748-3100
                       Raquelle.Kaye@usdoj.gov

Date: September 20, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Roy Sastrom located in USP Tucson, 9300 South Wilmot Road, Tucson, AZ 85756.

                                            /s/ Raquelle L. Kaye
                                            RAQUELLE L. KAYE
                                            Assistant United States Attorney