UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROY SASTROM, Pro se,
    Petitioner,

Vs.

UNITED STATES OF AMERICA,
    Respondent.

FILED IN CLERKS OFFICE

2022 NOV -3 AM 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

## WRIT OF ERROR CORAM NOBIS

Roy Sastrom, contends that he was adjudicated insane by a court of competent jurisdiction in Rockville, Connecticut, by a judge of the Superior Court in Tolland County on April 6, 1994.

The Petitioner, was committed to the jurisdiction of the Connecticut Psychiatric Security Review Board, (PSRB), for a period of forty years for the purposes of custody, care and treatment on July 11, 1994.

The Petitioner, was ordered confined at the Whiting Forensic Institute where he remained confined continuously from April 12, 1994, until May 31, 2008.

On May 31, 2008, the Petitioner eloped from the grounds of the hospital while on a one hour pass in his own custody.

On June 3, 2008, the Petitioner was apprehended by Connecticut authorities in Bridgeport, Connecticut and there after jailed on escape charges.

In November of 2008, the Petitioner was indicted in the Federal District Court in Boston, Massachusetts, and arraigned on federal bank robbery charges, and being a felon in possession of ammunition.

On or about June 23, 2009, the Petitioner was put to plea, and pled guilty to the indictment.

At the time of the Petitioners' plea he was adjudged insane by a court of competent jurisdiction, and the fact of his insanity was hidden from the Court by both the Petitioners' Attorney, Elizabeth Lunt, and the Assistant United States Attorney, Lea Foley.

(1).

The Court, Senior District Court Judge, Edward Harrington, who was unaware at the time of the Petitioners' active insanity adjudication, accepted the Petitioners' guilty plea.

At no time during the pre-trial proceedings was the Petitioner ever examined to determined whether or not he was competent to stand trial or enter a plea.

The Petitioners' counsel, Elizabeth Lunt, never motioned the Court for a competency examination, even through she was fully aware that the Petitioner had escaped from the Connecticut Valley Hospital, Whiting Forensic Division, in Middletown, Connecticut, where the Petitioner was being held after being adjudicated insane by the Tolland County Superior Court in Rockville, Connecticut. (See Exhibit A, attached to this petitioner).

At sentencing on October 1, 2009, the Petitioners' pre-sentence report filed with the Court revealed the fact that the Petitioner had escaped from Connecticut Valley Hospital where was held after being adjudicated insane. (See Petitioners' Pre-Sentence Report).

The Court, Senior District Court Judge, Edward Harrington, who was then aware or should have been aware of the Petitioners' insanity adjudication, sentenced the Petitioner to 180 months in federal prison.

The Petitioner, brought these facts to the Court in a motion under Title 28, of the United States Code, §2255, in or about 2014.

The Petitioners' motion was denied as being untimely in May of 2015.

The Petitioners' 180 month federal prison sentence was satisfied as of September 27, 2022.

On September 16, 2022, the District Court in Boston, Massachusetts, held an emergency hearing per the request of the United States Parole Division, to modify the conditions of the Petitioners' Supervised Release.

The Court, District Court Judge Patti B. Saris, granted the motion to modify, modifying the conditions of the Petitioners' Supervised Release, stipulating that the Petitioner is to surrender to the Whiting Forensic Hospital in Middletwon, Connecticut.

The Petitioner, Roy Sastrom, hereby certifies that at the time of the filing of this Writ of Error Coram Nobis, that he is now confined at the Whiting Forensic Hospital, a maximum-security psychiatric hospital for the criminally insane, 70 O'Brien Dr., Middletown, Connecticut, where he was ordered to surrender as a condition of his Supervised Release.

## RELIEF SOUGHT

The Petitioner, Roy Sastrom, request that his conviction be vacated as it was unconstitutional for the District Court Judge to accept his plea of guilty, as the Petitioner was legally adjudged insane at that time, and the Petitioners counsel failed to inform the Court or request a competency examination of the Petitioner.

Signed this 28th day of September, 2022.

*Roy Sastrom*
Roy Sastrom
70 O'Brien Dr.
Middletown, Connecticut 06457

### CERTIFICATION

I, Roy Sastrom, hereby certify that a copy of this writ of error coram nobis was mailed to, Assistant United States Attorney, Lea Foley, on September 28, 2022.

*Roy Sastrom*
Roy Sastrom

(3).